The Honorable Karen L. Strombom

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| G.M.A. CONSTRUCTION, INC., an Oregon corporation, and GREGORY ALLEN, an individual, | |
| Plaintiffs, | No. 3:13-cv-05117-KLS |
| v. | AGREED STIPULATION TO JUDGMENT |
| JEFFREY A. CARROLL, an individual | |
| Defendant. | |

Plaintiffs GMA Construction, Inc. and Gregory Allen, Defendant Jeffrey Carroll, and their attorneys of record stipulate and agree as follows:

1. The Court will enter judgment in this action, pursuant to this stipulation, as follows: In the principal amount of **$85,778.05,** plus accrued prejudgment interest at the rate of .21% from July 1, 2012 to date of **$436.03**, for a total judgment of **$86,214.08**. Prejudgment interest at the noted rate will continue to accrue until the judgment is paid in full.  This amount is inclusive of any and all fees and costs to date.

2. On entry, this judgment will become final and execution may be levied on it immediately.

Signed this ____ of November, 2014

_____    _____
Joshua R. Doull, WSBA #42226        Tamsen Leachman, WSBA #23402
Attorney for Defendant              Attorney for Plaintiffs

Firmwide:130242915.1 074663.1002

*AGREED STIPULATION TO JUDGMENT*              *GEHRKE, BAKER, DOULL & KELLY*
3:13-cv-05117-KLS                             *22030 7TH Ave S., Suite 202*
*Page 1 of 2*                                 *Des Monies, WA 98198*
                                              *206.878.4100*
                                              *206.878.4101 Fax*

**ORDER**

Good cause appearing,

IT IS ORDERED that judgment be entered in favor of Plaintiffs G.M.A. Construction, Inc. and Gregory Allen against Defendant Jeffrey Carroll as follows:

In the amount of $85,778.05 plus prejudgment interest at the rate of .21% from July 1, 2012 to date, of $436.03, for a total Judgment of $86,214.08. Interest will continue to accrue until the Judgment is paid in full.

Dated this 9th day of January, 2015.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

Presented By:

_____
Tamsen Leachman, WSBA #23402
LITTLER MENDELSON

*AGREED STIPULATION TO JUDGMENT*
3:13-cv-05117-KLS
*Page 2 of 2*

*GEHRKE, BAKER, DOULL & KELLY*
*22030 7TH Ave S., Suite 202*
*Des Monies, WA 98198*
*206.878.4100*
*206.878.4101 Fax*